IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JAVIER JOSE CORA SIERRA,

      Appellant,

v.
                              Case No.  5D21-2674
                              LT Case No. 21-CT-001060

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed October 11, 2022

Appeal from the County Court
for Osceola County,
Hal C. Epperson, Jr., Judge.

Matthew J. Metz, Public Defender, and
Natalie R. Gossett, Assistant Public Defender,
Daytona Beach, for Appellant

Ashley Moody, Attorney General, Tallahassee,
and L. Charlene Matthews, Assistant Attorney
General, Daytona Beach, for Appellee.

PER CURIAM.

      AFFIRMED.


COHEN, TRAVER and NARDELLA, JJ., concur.